IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:09-cv-581-MEF |
| | ) |
| ALFRED WARDWORTH, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

On July 29, 2009, the Magistrate Judge filed a Recommendation (Doc. #6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this the 19th day of August, 2009.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE